# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON SMITH, Individually, ) ) ) Plaintiff, ) v. ) ) COLLIERVILLE EXPRESS MART, INC., ) ) ) Defendants. ) | Civil Action No. 2:20:cv-02742 |

_____

### NOTICE OF VOLUNTARY DISMISSAL
_____

The Plaintiff states that he is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 13th day of October, 2022.

*/s/ Luke Sanderson*
J. Luke Sanderson #35712
*Attorney for Plaintiff*
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844